UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **PAY AS YOU GO, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**CLOUDERA, INC.,**<br><br>Defendant. | CASE NO. 1:24-cv-00463-DII |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Pay As You Go, LLC hereby submits this Notice of Voluntary Dismissal with Prejudice of Defendant Cloudera, Inc. pursuant to Federal Rule of Civil Procedure Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served either an answer or a motion for summary judgment.

Each Party will bear its own costs, expenses, and attorneys' fees.

Dated:  June 7, 2024

Respectfully Submitted,

*/s/ Randall Garteiser*
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
M. Scott Fuller
  Texas Bar No. 24036607
  rgarteiser@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702

Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**COUNSEL FOR PLAINTIFF**